IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FLOY STARR BIGGS                                                                                          PLAINTIFF

v.                                              No. 4:06CV00122 GH

PINAKINIBEN K. PATEL, ET AL.                                                                       DEFENDANTS

### ORDER

On January 25th, plaintiff, an Arkansas citizen, filed a personal injury suit on the basis of diversity jurisdiction against two defendants alleged to be citizens of Texas. After being granted permission by the Court, plaintiff filed an amended complaint on September 8th adding eight defendants as well as ten John Doe defendants.

On October 5th, the Patel defendants filed a motion to dismiss on the ground that the amended complaint names seven Arkansas business entities with their principal places of business in Arkansas as well as alleging that Mahendra Patel maintains addresses in Arkansas so there is no longer diversity jurisdiction.

Plaintiff responded on October 19th that, due to discovery problems, she had no choice but to join any and all enterprises whom she had reasons to believe the Patel defendants were working at the time of the occurrence. She continues that, based on information in the affidavit and answer, that five of the defendants are not associated with the Patels and she will be moving separately to dismiss those defendants.

Over six weeks have elapsed and plaintiff has not moved to dismiss the admittedly non-diverse defendants.

Accordingly, the Patels' October 5th motion (#27) to dismiss due to lack of subject matter jurisdiction is hereby granted. The case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of December, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE